UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 09 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

  v.

PANGANG GROUP COMPANY,
LTD.; et al.,

        Defendants - Appellants.

No. 19-10306

D.C. No. 4:11-cr-00573-JSW-7
U.S. District Court for Northern
California, Oakland

**MANDATE**

The judgment of this Court, entered July 26, 2021, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Jessica Flores
Deputy Clerk
Ninth Circuit Rule 27-7